**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

VICTOR FUENTES,

Petitioner,

v.

ERIC H. HOLDER, Jr., Attorney General,

Respondent.

No. 09-70482

Agency No. A072-255-390

MEMORANDUM[*]

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted May 15, 2012[**]

Before:     CANBY, GRABER, and M. SMITH, Circuit Judges.

Victor Fuentes, a native and citizen of Honduras, petitions pro se for review

of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen.

We have jurisdiction under 8 U.S.C. § 1252.  We review for abuse of discretion the

---

[*]     This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

denial of a motion to reopen. *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003). We deny the petition for review.

The BIA did not abuse its discretion in denying Fuentes' motion to reopen as untimely, *see* 8 C.F.R. § 1003.2(c)(2), and Fuentes did not demonstrate that he was entitled to equitable tolling, *see Iturribarria*, 321 F.3d at 897.

Fuentes' contention that the BIA abused its discretion by making cursory statements is not supported by the record. We need not address Fuentes' remaining contentions.

**PETITION FOR REVIEW DENIED.**